RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 4 / 10 / 12
CB

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE - OPELOUSAS DIVISION

| | |
|---|---|
| RAGE RENEE BROUSSARD, II | CIVIL ACTION NO.: 6:07-CV-0197 |
| VERSUS | JUDGE HAIK |
| DELMAR SYSTEMS, INC. | MAGISTRATE JUDGE HILL |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JUDGMENT**

This matter came up for trial by jury on March 19 – 22, 2012. After hearing all of the evidence and receiving the exhibits, the jury returned a Jury Verdict Form finding in favor of Plaintiff, Rage Renee Broussard, II, awarding additional cure in the amount of TWENTY-FIVE THOUSAND AND NO/100 ($25,000.00) DOLLARS. It was the verdict of the jury that Plaintiff's injury sustained on August 20, 2006, aboard M/V GARY CHOUEST, was not caused by any negligence of Delmar Systems, Inc. The Court had granted a Motion for Judgment as a Matter of Law, pursuant to F.R.C.P. 50(a)(1)(B), in favor of Delmar Systems, Inc. on the claim of unseaworthiness of M/V GARY CHOUEST, and dismissed all claims against Alpha Marine, Inc. The jury also found that Plaintiff, Rage Renee Broussard, II, reached maximum medical cure on December 18, 2006. No other awards were made by the jury in favor of Rage Renee Broussard, II.

Considering the verdict of the jury, and the Court determining that the verdict is in good form and appropriate;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the jury verdict is the Judgment of the Court, with Plaintiff, Rage Renee Broussard, II, taking from Defendant, Delmar Systems, Inc., the sum of TWENTY-FIVE THOUSAND AND NO/100 ($25,000.00) DOLLARS.

READ AND SIGNED this 10th day of April, 2012.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE